IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01044-WDM-BNB

JOSEPH J. MANN, by BEVERLY MANN, et al.,

    Plaintiffs,

v.

STATE OF COLORADO, et al.,

    Defendants.

## ORDER ON MOTION TO STRIKE

Miller, J.

This case is before me on Plaintiffs' motion to strike, filed June 21, 2007. Plaintiffs argue that Defendants' reply briefs filed June 12, 2007, and June 13, 2007 (Docket Nos. 23 & 26), should be stricken because they contain new arguments that were not raised in their original motion. Even assuming this to be true, however, I find that the most appropriate approach would be for the court to disregard the new arguments, rather than strike the briefs in their entirety.

Accordingly, it is ordered that Plaintiffs' motion to strike, filed June 21, 2007 (Docket No. 43), is denied.

DATED at Denver, Colorado, on June 26, 2007.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL