IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01044-WDM-KLM

JOSEPH J.  MANN, and
BEVERLY   MANN,

     Plaintiff(s),

v.

STATE OF COLORADO,
THE FIRST JUDICIAL DISTRICT,
DAVID R.  GLOSS,  individually and in his official capacity,
STEPHENIE D.  LORIMER,
MARY MUNGER,  individually and in her official capacity,
JANET YOUNG,  individually and in her official capacity,
THE CITY OF LAKEWOOD, COLORADO,
MARY LOGAN,  individually and in his official capacity,
STEVE KUTCHER,  individually and in his official capacity,
GERI-CARE,   INC.,
CARLA MARTIN,  individually and in his official capacity,
GOLDEN POND SENIOR LIVING, LLC,
FREDERIC B.  ROGERS,    individually and in his official capacity,
JAMES D.  ZIMMERMAN,    individually and in his official capacity,
BRIAN D.  BOATRIGHT,    individually and in his official capacity,
R.  BROOKE JACKSON    individually and in his official capacity,
WILLIAM KILPATRICK,    individually and in his official capacity,
MATT  JURISCHK,  individually and in his official capacity,
THE CITY OF GOLDEN, COLORADO,
ENRICO GALIMBERTI,  individually and in his official capacity,
DONALD TAIT,
TED  MINK,
JEFFERSON COUNTY, COLORADO
JOHN S.  GLEASON,  individually and in his official capacity,
LOUISE CULBERSON-SMITH,  individually and in his official capacity,
THE  COLORADO  SUPREME  COURT  OFFICE  OF  ATTORNEY  REGULATION COUNSEL,
TINA L.  OLSEN,
THOMAS E. VANCE,
GAYLE KING,

TROY KING,
EILEEN BIDWELL,
L. JEFFREY BIDWELL,
JOAN SCHEUMANN,   and
ERICK J. SCHEUMANN,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Motion for Disclosure by Magistrate Judge Kristen L. Mix Regarding Ex Parte Communications Between Her Chambers and Counsel** [Docket No. 123; filed November 9, 2007] (the "Motion").

      As per my ruling at the telephonic status conference held on November 5, 2007, this case is temporarily stayed [Docket No. 120]. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

      Dated: November 14, 2007