IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01044-WDM-KLM

JOSEPH J. MANN, and
BEVERLY MANN,

    Plaintiff(s),

v.

STATE OF COLORADO,
THE FIRST JUDICIAL DISTRICT,
DAVID R. GLOSS, individually and in his official capacity,
STEPHENIE D. LORIMER,
MARY MUNGER, individually and in her official capacity,
JANET YOUNG, individually and in her official capacity,
THE CITY OF LAKEWOOD, COLORADO,
MARY LOGAN, individually and in his official capacity,
STEVE KUTCHER, individually and in his official capacity,
GERI-CARE, INC.,
CARLA MARTIN, individually and in his official capacity,
GOLDEN POND SENIOR LIVING, LLC,
FREDERIC B. ROGERS, individually and in his official capacity,
JAMES D. ZIMMERMAN, individually and in his official capacity,
BRIAN D. BOATRIGHT, individually and in his official capacity,
R. BROOKE JACKSON individually and in his official capacity,
WILLIAM KILPATRICK, individually and in his official capacity,
MATT JURISCHK, individually and in his official capacity,
THE CITY OF GOLDEN, COLORADO,
ENRICO GALIMBERTI, individually and in his official capacity,
DONALD TAIT,
TED MINK,
JEFFERSON COUNTY, COLORADO
JOHN S. GLEASON, individually and in his official capacity,
LOUISE CULBERSON-SMITH, individually and in his official capacity,
THE COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL,
TINA L. OLSEN,
THOMAS E. VANCE,
GAYLE KING,

TROY KING,
EILEEN BIDWELL,
L. JEFFREY BIDWELL,
JOAN SCHEUMANN, and
ERICK J. SCHEUMANN,

    Defendant(s).
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiff on November 23, 2007 [Docket No. 142]. Plaintiff failed to respond to the Order, and the Court recommended that sanctions be entered against Plaintiff [Docket No. 167; filed February 25, 2008].

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

                                            BY THE COURT:
                                            __s/ Kristen L. Mix_____
                                            United States Magistrate Judge

Dated: February 26, 2008