IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01044-WDM-KLM

JOSEPH J. MANN and BEVERLY MANN,

    Plaintiff(s),

v.

STATE OF COLORADO, et al.,

    Defendant(s).
_____

**ORDER**
_____

    The plaintiff Beverly Mann has telephoned my chambers seeking information from my judicial assistant and law clerk on an *ex parte* basis. Both the assistant and the law clerk are extensions of me as a judicial officer and Plaintiff's efforts are considered by me to be an improper *ex parte* communication in violation of D.C. COLO. LCivR 77.2. I am informed that the Plaintiff, although an attorney, has declined to become a member of the bar of this court and is therefore not subject to attorney discipline pursuant to the Local Rules. Under these circumstances it is advisable that the Plaintiff be made subject to a specific court order concerning her future communications with this court.

    Accordingly, it is ordered that the Plaintiff is prohibited from communicating on a *ex parte* basis with me and my chambers staff by any means unless submitted by appropriate filing or submission through the Clerk of this court in accordance with

D.C.COLO. LCivR 77.2.

DATED at Denver, Colorado on April 15, 2008

BY THE COURT:

s/ Walker D. Miller
United States District Judge