IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01044-WDM-KLM

JOSEPH J. MANN and BEVERLY MANN,

    Plaintiff(s),

v.

STATE OF COLORADO, et al.,

    Defendant(s).
_____

**ORDER**
_____

This matter is before me on the Plaintiff's "Motion to Vacate *Sua Sponte* April 15, 2008 Order and for Recusal of Judge Walker D. Miller" (doc. no. 190). Also pending is Plaintiff's "Motion for Amendment of the March 31, 2008 Order (doc. no. 187). Pursuant to my March 31, 2008 order this case was remanded to the State court by the Clerk of this court on April 8, 2008. I am now divested of jurisdiction over this matter and cannot reconsider my previous orders, vacate them or recuse myself. *See* 28

U.S.C. § 1447(c); *Scherer v. Merck & Co., Inc.*, 241 Fed. Appx. 482, 484 (10th Cir. 1007.) Accordingly, both of Plaintiff's motions are denied for lack of jurisdiction.

DATED at Denver, Colorado on April 17, 2008

BY THE COURT:


s/ Walker D. Miller
United States District Judge